# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
OFFICE OF THE CLERK
101 S. EDGEWORTH ST.
P.O. BOX 26100
GREENSBORO, NORTH CAROLINA  27402

Reid Wilcox  
Clerk of Court

Telephone:(336) 358-4000

May 17, 2010

Kevin Brandon  
Amy Brandon  
1126 Birkdale Dr.  
Mebane, NC 27302

**URGENT NOTICE**

RE: Payment of Filing Fee  
Case No. 10-10790

Dear Mr. And Mrs. Brandon:

Our records indicate that an Order for Paying Filing Fees in Installments was entered by the Court authorizing the payment of the filing fee in installments. The order scheduled payments as follows: $83.00 on or before May 14, 2010, a second payment of $83.00 on or before
May 28, 2010 and final payment of $84.00 on or before June 11, 2010. Our records reflect the first payment of $83.00 has not been received by the Court. The total balance owing is $250.00. If your records do not agree with this, please contact us immediately.

**Please be advised that failure to pay the filing fee may be grounds for dismissal of your case with a 180-day bar to re-filing pursuant to § 109 (g) (1) of the Bankruptcy Code.**

We are requesting that $83.00 be paid **immediately** .  This filing fee may be paid by cash, money order or certified check.  If we do not receive payment, this matter may be brought before the Court for consideration.

Should you have any questions regarding this matter, please contact this office.

Yours truly,

Donna Parnell  
DEPUTY CLERK

cc: Trustee: Gerald S. Schafer